# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE STATE OF NEVADA, | |
|         Plaintiff, | 2:15-cr-00148-LDG-CWH |
| vs. | **ORDER** |
| SHERMAN DAVID REIF, | |
|         Defendant. | |

Before the court is Defendant's Motion to Modify Conditions of Supervised Release (#22).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Modify Conditions of Supervised Release (#22) is scheduled for 11:00 a.m., September 28, 2015, in courtroom 3D.

DATED this 21st day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE