TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Sherman David Reif*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00148-LDG-CWH |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO ALLOW MR. SHERMAN REIF TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA** |
| SHERMAN DAVID REIF, | |
| Defendant. | |

COMES NOW, the Defendant SHERMAN REIF, by and through his attorney, TODD M. LEVENTHAL, ESQ., and respectfully moves this honorable court for permission to allow Mr. Reifs Interstate Travel to Milwaukee, Wisconsin during the dates of October 6, 2016 to October 10, 2016.

1. Pursuant to the conditions of Pre-Trial Services, Mr. Reif is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Counsel for Defendant has spoken to counsel for the United States, ELHAM ROOHANI, Assistant Untied States Attorney, and she is aware and has no opposition regarding the Interstate travel of Mr. Reif for the designated time on his itinerary. **EXHBIT A**

3. Mr. Reif wishes to pay his last respects to his terminally ill uncle that was diagnosed with liver disease and is in his final days.

4. Mr. Reif has provided his itinerary which states non-stop flights to Milwaukee, Wisconsin and from Las Vegas, Nevada.

5. The hotel that he will be stating in named Potawatomi Hotel & Casino and is located at 1721 W. Canal St. Milwaukee, Wisconsin 53233.

6. Mr. Reif will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

DATED this 4rd day of October, 2016.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. Reif

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Sherman David Reif*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERMAN D. REIF,<br><br>Defendant. | 2:15-CR-00148-LDG-CWH<br><br>**(Proposed) ORDER GRANTING MR. REIF'S UNOPPOSED MOTION TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA** |

Based on the Motion of Defendant SHERMAN REIF and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant SHERMAN REIF may travel outside of Clark County, Nevada from the dates of October 6, 2016 to October 10, 2016, for the purpose of paying his last respects to his terminally ill uncle.

2. Mr. Reif has notified his Pre-trial Officer and has provided his itinerary.

3. Mr. Reif will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

**IT IS SO ORDERED.**

Dated this ___5th___ day of October, 2016.

~~LLOYD D. GEORGE~~
~~UNITED STATES DISTRICT~~ JUDGE

Cam Ferenbach
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4TH day of October, 2016 a true and correct copy of the, **UNOPPOSED MOTION TO ALLOW MR. REIF TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Daniel D. Hollingsworth     Daniel.Hollingsworth@usdoj.gov, Carol.H.Farago@usdoj.gov, eunice.jones@usdoj.gov, heidi.skillin@usdoj.gov, michelle.lewis3@usdoj.gov

Elham Roohani     Elham.Roohani@usdoj.gov, USANV.team1@usdoj.gov, caseview.ecf@usdoj.gov, mayumi.coffman@usdoj.gov

/s/ Carmen Martinez
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.

# EXHIBIT A

Dear Mr. Shawnen [illegible]:

Thank you for your reservation at Potawatomi Hotel & Casino.

With soothing recliners, over 100 table games, national headliners, seven unique bars/lounges and more, we are excited to offer you a world of entertainment 24/7.

Delivering premier guest service is our top priority. Should you have any questions or concerns, simply contact us at 1-800-PAYSBIG. Please have your confirmation number ready.

Confirmation number: 555488092
Booking date: 09/10/2016
Reservation dates: 10/07/2016 – 10/10/2016

Thank you and we look forward to your stay.

Hassan Abdel-Moneim
Hotel Director
Potawatomi Hotel & Casino



## RESERVATION DETAILS

Confirmation # 555488092

### Dates

10/07/2016 – 10/10/2016
3 Night(s)
1 Room(s)
1 Adult(s)
0 Children

### Room and Rate

King
USD 199.00

Our standard rooms are equipped with all the necessities you'll need during your visit, including toiletries, a hairdryer, coffeemaker, refrigerator, a safe and 42-inch TV. You will wake up feeling refreshed and ready to start the day after sleeping on our comfortable king size Beautyrest® bed.

### Average Rate per Room/Night

USD 215.70
Total Price (before tax): $597.00
Tax: $55.11

Total Price (including tax): USD 641.11

## HOTEL & AVIS CREDIT CARD INFORMATION

Visa
Cardholder's Last Name
*************0734
Expiration Date: 11/2016

Room Total: $597.00
Tax:         $54.11

Las Vegas (LAS) → Milwaukee (MKE)

Class: Economy (coach) (R)

Total Duration

Return

Milwaukee (MKE) → Las Vegas (LAS)

Class: Economy (coach) (W)

Total Duration

Traveler(s)

Price summary