TODD M. LEVENTHAL
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada
(702)472-8686
LeventhalandAssociates@gmail.com
*Attorney for Sherman Reif*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>Vs.<br><br>SHERMAN REIF<br><br>Defendant. | Case No.: 2:15-cr-00148-RFB-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, SHERMAN REIF, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, ROOHANI ELHAM, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for August 8th, 2018 at 10 a.m. be continued to at least 90 days.

This stipulation is entered for the following reasons:

1. Mr. Leventhal and Mr. Elham have spoken and there are outstanding sentencing issues.
2. Mr. Leventhal will be out of jurisdiction from August 2nd to August 8th 2018..
3. Mr. Reif is not in custody and agrees with this continuance.
4. Mr. Leventhal has spoken to Roohani Elham, Esq., Assistant United States Attorney, and he has no objection to this continuance.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in sentencing.

DATED: August 6, 2018.

/s/
ROOHANI ELHAM, ESQ.
Assistant United States Attorney
Counsel for the United States

/s/ Todd M. Leventhal
TODD M. LEVENTHAL
Counsel for Defendant Sherman Reif

## CERTIFICATE OF SERVICE

When all Case Participants are Registered for the Appellate CM/ECF System I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Todd M. Leventhal
Signature

ORD
TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702)472-8686
LeventhalandAssociates@gmail.com
*Attorney for Sherman Reif*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

    Plaintiff,

Vs.

SHERMAN REIF

    Defendant.

Case No.: 2:15-cr-00148-RFB-CWH

**STIPULATION TO CONTINUE SENTENCING**

## FINDING OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal and Mr. Elham have spoken and there are outstanding sentencing issues.

2. Mr. Leventhal will be out of jurisdiction from August 2nd to August 8th 2018.

3. Mr. Reif is not in custody and agrees with this continuance.

4. Mr. Leventhal has spoken to Roohani Elham, Esq., Assistant United States Attorney, and he has no objection to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in sentencing.

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for August 7, 2018, at the hour of 10:00 a.m., be vacated and continued to  November 8 , 2018 At the hour of   2:00   P.m.

Dated this 7th day of August 2018.

RICHARD F. BOULWARE, II
United States District Judge