```
         FILED              RECEIVED
         ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

              JAN 1 6 2019

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                             DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERMAN DAVID REIF,<br><br>  Defendant. | 2:15-CR-148-RFB-CWH<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant Sherman David Reif to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea Without the Benefit of a Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Sherman David Reif pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 17; Memorandum in Support of Plea Without the Benefit of a Plea Agreement, ECF No. 51; Change of Plea, ECF No. 52; Preliminary Order of Forfeiture, ECF No. 53.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 1, 2018, through March 30, 2018, notifying

1  all potential third parties of their right to petition the Court. Notice of Filing Proof of
2  Publication, ECF No. 54.
3       This Court finds no petition was filed herein by or on behalf of any person or entity
4  and the time for filing such petitions and claims has expired.
5       This Court finds no petitions are pending with regard to the property named herein
6  and the time for presenting such petitions has expired.
7       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
8  all possessory rights, ownership rights, and all rights, titles, and interests in the property
9  hereinafter described are condemned, forfeited, and vested in the United States of America
10 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
11 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to
12 law:

1. Compaq Presario computer SR2170NX, serial number CNH7060T43;
2. Western Digital 160 gigabyte SATA hard drive, serial number WCANM9097861;
3. PNY Attache 8 gigabyte thumb drive;
4. Lexar 2 gigabyte thumb drive, serial number 33060-2GBB-4807;
5. Apple iPod 2 gigabyte, serial number 7K722N42VQ5;
6. Apple iPod 8 gigabyte, serial number 7K744ZZEYXX;
7. Three (3) TDK Silver Compact discs, bearing serial numbers 3126KI151LH13821, 3126KI151LH13820, and 3126KI151LH13079;
8. One (1) Silver Memorex CD, serial number N109MF242A839007C1;
9. One (1) Silver Maxell Digital video disc, serial number PEP 6L5KK222007658; and
10. One (1) Gold Memorex CD, serial number HS3158EG312 9869 D3

(all of which constitutes property).

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of

deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED January 16, 2019.

_____
UNITED STATES DISTRICT JUDGE